# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT ON ATTORNEY FEES

**Carol Martinez**

     vs.                  **CASE NUMBER: 3:08-CV-117 (NAM/DRH)**

**Michael J. Astrue, Commissioner of Social Security**

**Decision by Court.** This action came hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's motion for Attorney Fees is granted in the amount of $4,390.85 is awarded to plaintiff's counsel.

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue, dated the 9th day of March, 2010.

DATED: March 9, 2010

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk